IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 07-cv-00859-RPM

DAN YATES,

                Plaintiff,

v.

STEPHEN G. BREYER,
WILLIAM K. SUTER, and
ERIK FOSSUM,

                Defendants.
_____

ORDER OF RECUSAL
_____

      Exercising my prerogative as a senior judge, I decline to accept the referenced

case.  It is therefore

      ORDERED that the Clerk's reassignment of this case from the original draw is

approved.

      DATED: May 10th , 2007.

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    Richard P. Matsch, Senior District Judge