IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00859-WDM-CBS

DAN YATES,
    Plaintiff,
v.

STEPHEN G. BREYER, in his individual and official capacity as Circuit Justice for the 10th Circuit in the United States Supreme Court,
WILLIAM K. SUTER, in his individual and official capacity as the Clerk of the United States Supreme Court, and
ERIK FOSSUM, in his individual and official capacity as an Employee of the United States Supreme Court,
    Defendants.

___

ORDER

___

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Defendants' Motion for a Stay (filed July 2, 2007) (doc. # 9). Pursuant to the Order of Reference dated April 30, 2007 (doc. # 2) and the memorandum dated July 3, 2007 (doc. # 11), this matter was referred to the Magistrate Judge. The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Defendants' Motion for a Stay (filed July 2, 2007) (doc. # 9) is GRANTED IN PART up to August 7, 2007.

    2.    The Rule 16(b) Scheduling Conference set on August 7, 2007 at 10:45 a.m. is hereby converted to a status conference. Parties are not required to comply with the deadlines set in the court's Order Setting Rule16(b) Scheduling Conference and Rule 26(f) Planning Meeting (filed May 3, 2007) (doc. no. 3).

     3.     Mr. Yates may file any response he has to Defendants' Motion to Stay on or before July 23, 2007.

     4.     Defendants may file any reply they have to Mr. Yates' response on or before August 3, 2007.

DATED at Denver, Colorado, this 11th day of July, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge